[No. 27515-1-I.   Division One.   September 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EARNEST
GALLOP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04495-1, Frank L. Sullivan, J., entered

December 11, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Pekelis, J.